CMM
F. #2014R02087

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

            Defendant.

- - - - - - - - - - - - - - - - - -X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 27 2015 ★

LONG ISLAND OFFICE

NOTICE OF MOTION

Cr. CR 15 429

FEUERSTEIN, J

TOMLINSON, M

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
            August 27, 2015

                              KELLY T. CURRIE
                              Acting United States Attorney
                              Eastern District of New York
                              Attorney for Plaintiff
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                      By:    /s/
                              Lara Treinis Gatz
                              Assistant United States Attorney
                              (631) 715-7913

cc:    Clerk of the Court