SEALED     <u>CRIMINAL CAUSE FOR ARRAIGNMENT/GUILTY PLEA</u>     SEALED

<u>BEFORE</u>: A. KATHLEEN TOMLINSON U.S.M.J.

<u>DATE</u>: 9-2-2015     <u>TIME</u>: 4:27 p.m.     <u>TIME IN COURT</u>: 43 minutes

<u>DOCKET NUMBER</u>: SEALED CR-15-429-01-SJF-AKT

<u>TITLE</u>: USA v. Doe

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 02 2015 ★
LONG ISLAND OFFICE

<u>DEFT. NAME</u>: JOHN DOE (sworn)     <u>DEFT</u>: #1
<u>X</u> PRESENT   ___NOT PRESENT    ___IN CUSTODY   ___ON BAIL
                                                      <u>X</u> SELF SURRENDER

<u>ATTY FOR DEFT</u>: Gary Schoer    <u>X</u> PRESENT    ___NOT PRESENT
<u>X</u> RETAINED    ___C.J.A.    ___FED. DEF. OF NY, INC.

<u>A.U.S.A.</u>: Lara Gatz     <u>COURTROOM DEPUTY</u>: Mary Ryan

<u>INTERPRETER</u>: N/A (sworn)- Language-

<u>PRETRIAL REPORT PREPARED BY</u>: Robert Stehle    <u>X not present</u>

<u>FTR</u>: 4:27-5:10

<u>X</u>    CASE CALLED.

<u>X</u>    DEFENDANT'S INITIAL APPEARANCE.

<u>X</u>    DEFENDANT ARRAIGNED ON THE <u>INFORMATION</u>.

<u>X</u>    DEFENDANT WAIVES PUBLIC READING AND PLEADS NOT GUILTY TO THE <u>INFORMATION</u>.

<u>X</u>    DEFENDANT STATES HIS TRUE NAME ON THE RECORD.

<u>X</u>    WAIVER OF INDICTMENT EXECUTED. MARKED COURT EXHIBIT 2.

<u>X</u>    DEFENDANT WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO THE <u>INFORMATION</u>.

<u>X</u>    COURT FINDS A FACTUAL BASIS FOR THE PLEA AND RECOMMENDS THE PLEA OF GUILTY BE ACCEPTED BY THE DISTRICT COURT.

<u>X</u>    SENTENCE DATE <u>before District Judge Sandra J. Feuerstein to be held on March 1, 2016 at 11:15 a.m. (Control date)</u>

__X__ ORDER SETTING CONDITIONS OF RELEASE AND BOND ENTERED FOR DEFENDANT(S). SPECIAL CONDITIONS APPLY. SEE BOND FOR DETAILS.

____ PERMANENT ORDER OF DETENTION ENTERED FOR DEFENDANT(S).

____ TEMPORARY ORDER OF DETENTION ENTERED FOR DEFENDANT(S) _____.

____ DETENTION HEARING SCHEDULED FOR _____ AT _____ BEFORE MAGISTRATE JUDGE A. KATHLEEN TOMLINSON.

__X__ PROBATION NOTIFICATION FORM completed and sent via electronic notification to the Probation Department following proceeding.

__X__ DEFENDANT RELEASED ON BOND.

____ DEFENDANT REMAINS IN CUSTODY.

__X__ OTHER: Referral order received by Judge Feuerstein and signed by all parties. Mr. Schoer represents that defendant's passport had been turned over to Pretrial Services prior to today's proceeding. AUSA states AUSAO will order transcript and a copy will be provided to District Judge Feuerstein by the AUSAO. Joint application to have proceeding and transcript SEALED. Application GRANTED. Transcript to be made available to AUSAO and Defendant's attorney.