UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
UNITED STATES OF AMERICA,

-vs-

JOHN DOE,

-------------------------------------------------------------------
FEUERSTEIN, J.

**ORDER**

CR- 15-429   (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2015 ★
LONG ISLAND OFFICE

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED

s/ Sandra J. Feuerstein

_____
SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:   Central Islip, N.Y.
         September 16, 2015